**FILED**
January 27, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:16-MJ-00027-KJN
       Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
JACK RISSELL, )
)
       Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JACK RISSELL</u>, Case No. <u>2:16-MJ-00027-KJN</u>, Charge <u>Title 18 USC §§ 1962(d); 1955; 981(a)(C)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>50,000 (co-signed</u>

        ✔    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)    <u>With pretrial supervison and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 27, 2016</u> at <u>2:15</u> pm.

By _____
Kendall J. Newman
United States Magistrate Judge